IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GERALD NAPERMANN                                                        PLAINTIFF

V.                      CASE NO. 4:19-cv-00785 JM

DUBUQUE COUNTY, *et al.*                                               DEFENDANTS

## ORDER

Plaintiff Gerald Napermann filed this *pro se* 42 U.S.C. § 1983 action against Dubuque County, Iowa, the Dubuque County Jail, two First Judicial District of Iowa Judges, and a Dubuque County Public Defender. (Doc. No. 2 at 1-2). Based on the facts alleged and the Defendants named, it appears that venue properly lies in the United States District Court for the Northern District of Iowa. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Northern District of Iowa. 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Northern District of Iowa.

IT IS SO ORDERED this 7th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.